UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Derek Joseph Wettstein
*asf* Wettstein Concrete, LLC
Amy Beth Wettstein
*aka* Falls Energy, LLC
*asf* Falls Energy, LLC

Chapter 13
Case No. 24-50791 WJF

Debtors.

---

**ORDER GRANTING RELIEF FROM STAY**

This case is before the court on the motion of Carrington Mortgage Services, LLC, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

> The Southeast Quarter of the Southeast Quarter (SE¼SE¼) of Section Seven (7), Township One Hundred Thirty (130), Range Twenty-nine (29), EXCEPT the North 1005.00 feet of the East 968.00 feet thereof, as measured along the East and North lines, respectively, Morrison County, Minnesota.
> Subject to an easement for road purposes over and across the East 33.00 feet and the South 75.00 feet of said parcel.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(4), this order is effective immediately.

4. The Chapter 13 Trustee is not required to make further payments on the pre-petition arrears claim of Movant.

Dated: *May 13, 2025*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge