**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BKY 24-50791
Chapter 13

Derek Joseph and Amy Beth Wettstein,

Debtor(s).

**NOTICE OF HEARING AND MOTION FOR DISMISSAL**

TO: All parties in interest pursuant to Local Rule 9013-3.

1. Kyle L. Carlson, Chapter 13 Trustee, moves to dismiss this case.

2. The Court will hold a hearing on this motion at 10:00 a.m. on Thursday, January 29, 2026 . The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any response to this motion must be filed and served not later than Thursday, January 22, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays and legal holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. The motion is brought pursuant to 11 U.S.C. § 1307, Bankruptcy Rule 1017, and Local Rule 1017-2. The debtor(s) commenced this case by filing a voluntary Chapter 13 petition on November 26, 2024. This case is pending before this Court.

5. A plan has not been filed by the debtor(s) in this Chapter 13 case. Section 1321 provides that "[t]he debtor shall file a plan." Failure to file a plan is cause for dismissal pursuant to Section 1307(c)(3). Bankruptcy Rule 3015(b) provides that a plan is untimely unless it is filed within fourteen days of the petition date. Subsequent plans required by the Court are also subject to the plan filing requirement of 11 U.S.C. § 1307(c)(3). *Ellsworth v. Lifescape Med. Assocs., P.C. (In re Ellsworth)*, 455 B.R. 904, 915 (9th Cir. BAP 2011).

WHEREFORE, the Trustee moves the Court for an order dismissing the case and such other relief as may be just and equitable.

Dated: December 29, 2025

s/ Kyle L. Carlson
Kyle L. Carlson
Chapter 12 & 13 Trustee
PO Box 519
Barnesville, MN 56514
218-354-7356

**VERIFICATION**

I, Kyle L. Carlson, Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 29, 2025

s/ Kyle L. Carlson
Kyle L. Carlson, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Derek Joseph and Amy Beth Wettstein,<br><br>Debtor(s). | BKY 24-50791<br>Chapter 13 |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned, being an employee of the standing Chapter 13 Trustee, declares that on the date indicated below, I served the attached notice of hearing and motion for dismissal upon all entities named below by first class mail postage prepaid and to any entities who are filing users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Derek Joseph and Amy Beth Wettstein
22011 140th Ave
Little Falls, MN 56345

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: December 29, 2025

s/ Jamie Swenson
Jamie Swenson
Chapter 13 Office