**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 24−50791

Derek Joseph Wettstein,
Amy Beth Wettstein, Chapter 13

Debtor(s).

---

## ORDER AND NOTICE OF DISMISSAL

---

The chapter 13 trustee has requested that the court dismiss the case. After notice and hearing the court has determined that the case should be dismissed.

IT IS THEREFORE ORDERED:

The case is dismissed under 11 U.S.C. §§ 349 and 1307. No action will be taken on any fee application unless the applicant files a motion to approve the fee application within 7 days of the date of this order.

Dated: 1/30/26

s/ William J Fisher
United States Bankruptcy Judge