# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
ST PAUL DIVISION

In re: TRACY LYNN ASHCROFT                                    Case No.: 25-60452-WJF

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KYLE L CARLSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2025.
2) The plan was confirmed on 09/30/2025.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 10/21/2025, 11/20/2025.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/28/2026.
5) The case was converted on 04/29/2026.
6) Number of months from filing or conversion to last payment: 9.
7) Number of months case was pending: 10.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 30,620.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $2,020.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $2,020.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,836.37 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $183.63 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,020.00 |

Attorney fees paid and disclosed by debtor: $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BANFIELD PET HOSPITAL | Unsecured | 272.00 | NA | NA | .00 | .00 |
| BRENTWOOD APARTMENTS | Unsecured | 660.00 | NA | NA | .00 | .00 |
| CARMAX AUTO FINANCE | Unsecured | 12,550.00 | NA | NA | .00 | .00 |
| CELTIC BANK/CONTFINCO | Unsecured | 598.00 | NA | NA | .00 | .00 |
| CENTERPOINT ENERGY | Unsecured | 2,000.00 | 2,731.11 | 2,731.11 | .00 | .00 |
| CITIBANK | Unsecured | 524.00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | Unsecured | 931.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 478.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,829.00 | 1,345.35 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1,829.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 483.65 | 483.65 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 478.00 | 478.33 | 478.33 | .00 | .00 |
| LVNV FUNDING | Unsecured | 827.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
ST PAUL DIVISION

In re: TRACY LYNN ASHCROFT Case No.: 25-60452-WJF

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | Unsecured | 931.00 | 826.90 | 826.90 | .00 | .00 |
| LVNV FUNDING | Unsecured | 882.00 | 855.65 | 855.65 | .00 | .00 |
| LVNV FUNDING | Unsecured | 901.00 | 881.12 | 881.12 | .00 | .00 |
| LVNV FUNDING | Unsecured | NA | 1,749.25 | 1,749.25 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | Secured | 129,696.00 | 140,467.36 | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | 14,652.60 | 14,652.60 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 524.00 | 524.28 | 524.28 | .00 | .00 |
| PROGRESSIVE INS CO | Unsecured | 398.00 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 249.00 | 240.75 | 240.75 | .00 | .00 |
| SPRING OAKS CAPITAL SPV, LLC | Unsecured | 598.00 | 598.76 | 598.76 | .00 | .00 |
| STATE OF MINNESOTA DEPT OF REVEN | Priority | NA | NA | NA | .00 | .00 |
| ULTRA CLEAN SERVICE CORP | Secured | NA | 10,240.86 | .00 | .00 | .00 |
| VERIZON by AMERICAN INFOSOURCE | Unsecured | 1,312.00 | 1,287.29 | 1,287.29 | .00 | .00 |
| WEBBANK | Unsecured | 901.00 | NA | NA | .00 | .00 |
| WINGS FINANCIAL CREDIT UNION | Unsecured | 7,255.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA
ST PAUL DIVISION

In re: TRACY LYNN ASHCROFT — Case No.: 25-60452-WJF

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| XCEL ENERGY | Unsecured | NA | 5,959.80 | 5,959.80 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 14,652.60 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,652.60 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 1,345.35 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,345.35 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,616.89 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $2,020.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $2,020.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 05/28/2026

By: /s/KYLE L CARLSON
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.